UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Guarchaj Chox, | |
| Petitioner, | |
| v. | |
| Genalo, et al., | |
| Respondents(s). | |

26-CV-1995 (DEH)

ORDER

DALE E. HO, United States District Judge:

For the reasons stated in this Court's Opinion and Order in *Lopez Benitez v. Francis*, 795 F. Supp. 3d 475 (S.D.N.Y. 2025), and in light of Respondents' concession that *Lopez Benitez* "would control the result in this case if the Court adheres to [it]," see ECF No. 6 at 2, it is hereby **ORDERED** that the Petition is **GRANTED** and that Petitioner be released from custody no later than **5 p.m.** on **March 12, 2026**. *See also Castanon-Nava v. U.S. Dep't of Homeland Sec.*, No. 25-3050, 2025 WL 3552514, at *8-*10 (7th Cir. Dec. 11, 2025); *Barco Mercado v. Francis*, --- F. Supp. 3d ---, 2025 WL 3295903 (S.D.N.Y. Nov. 26, 2025). **Respondents shall certify compliance with this Order with a filing on the docket**.

Respondents are further **ENJOINED** from re-detaining Petitioner without a valid exercise of discretion consistent with *Lopez Benitez*. *Cf. Hyppolite v. Noem*, 25 Civ. 4304, 2025 WL 2829511, at *16 (E.D.N.Y. Oct. 6, 2025). It is further **ORDERED** that Respondents are **ENJOINED** from denying bond to Petitioner in any subsequent proceeding on the basis that he must be detained pursuant to: (1) 8 U.S.C. § 1225(b), or (2) 8 U.S.C. § 1226(c) absent a change in relevant circumstances consistent with *Lopez Benitez*; and it is further **ORDERED** that, if Petitioner is granted bond, Respondents are **ENJOINED** from invoking the automatic stay

provision at 8 C.F.R. § 1003.19(i)(2).  Order, *Aguilar Lares v. Bondi*, No. 25-CV-01562 (E.D. Va. Oct. 29, 2025), Dkt. No. 19.

The conference previously scheduled for March 18, 2026 is cancelled.  Counsel for Petitioner may file an application for attorney's fees and costs pursuant to 5 U.S.C. § 504 and 28 U.S.C. § 2412 within the time provided by the Local Rules.  The Clerk of Court is respectfully directed to terminate ECF No. 2 and to enter judgment in Petitioner's favor pursuant to F.R.C.P. 58.

SO ORDERED.

Dated:  March 12, 2026
        New York, New York

_____
DALE E. HO
United States District Judge