**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X
Guarchaj Chox,

                        Petitioner,                26 **CIVIL** 1995 (DEH)

      -against-                            **JUDGMENT**

Genalo, et al.,

                        Respondents.
--------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 12, 2026, 2026, the Petition is GRANTED and Petitioner is to be released from custody no later than 5 p.m. on March 12, 2026. Judgment is entered in Petitioner's favor pursuant to F.R.C.P. 58; accordingly, the case is closed.

**DATED:**  New York, New York
          March 12, 2026

                             **TAMMI M. HELLWIG**
                             _____
                                **Clerk of Court**

            **BY:**              K. Mango
                               _____
                                **Deputy Clerk**